## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-MC-00036

**SAMUEL KATZ** and **LYNNE RHODES**, individually and on behalf of all others similarly situated,

    Petitioners,

v.

**STARTEK, INC.** and **STARTEK USA, Inc.**, Delaware and Colorado corporations,

    Respondents.

## JOINT STATUS REPORT

Petitioners Samuel Katz and Lynne Rhodes ("Petitioners") and StarTek, Inc. and StarTek USA, Inc. ("StarTek") submit their joint status report in response to the Court's July 1, 2019 order (the "Order"). (ECF No. 21.)

Petitioners and StarTek have met and conferred and as of August 1, 2019, Petitioners and StarTek have not come to an agreement as to the procedure to close this matter. Petitioners and StarTek believe they can come to a resolution and request sixty (60) additional days to 1) continue to meet and confer in order to come to a resolution; and 2) submit an additional Joint Status Report.

Dated: August 1, 2019

By: *s/ Ethan Preston*
Ethan Preston
ep@eplaw.us
Preston Law Offices
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

Steven L. Woodrow  
swoodrow@woodrowpeluso.com  
Patrick H. Peluso  
ppeluso@woodrowpeluso.com  
Woodrow & Peluso, LLC  
3900 East Mexico Avenue, Suite 300  
Denver, Colorado 80210  
Telephone: (720) 213-0675  
Facsimile: (303) 927-0809  

*Attorneys for Plaintiffs Samuel Katz and Lynne Rhodes, individually and on behalf of similarly situated individuals*

Dated: August 1, 2019     By: *s/ Ilene Lin Bloom*  
Ilene Lin Bloom  
ilenebloom@hotmail.com  
Ilene Lin Bloom, P.C.  
1604 East 25th Avenue  
Denver, Colorado 80205  
Telephone:  (303) 810-9879  

*Attorneys for StarTek, Inc. and StarTek USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ethan Preston
Preston Law Offices
4054 McKinney Avenue, Suite 310
Dallas, TX 75204
Telephone:  972-564-8340
Facsimile:  866-509-1197
ep@eplaw.us

Steven L. Woodrow
Patrick H. Peluso
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone:  720-213-0675
Facsimile:  303-927-0809
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

Jerome H. Sturhahn
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
Telephone:  303-297-2900
Facsimnile:  303-298-0940
jsturhahn@shermanhoward.com

*s/ Judith J. Bulanowski*
Judith J. Bulanowski, Legal Secretary